USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS A. PUENTE,<br><br>        **Plaintiff,**<br><br>-against-<br><br>**A. DUIE PYLE, INC.** and **JOHN DOE,** *name being fictitious and intended to be the operator of the vehicle owned by A. Duie Pyle, Inc.*,<br><br>        **Defendants.** | 22-cv-4100 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

On May 19, 2022, Defendant A. Duie Pyle, Inc. removed this action to this District. On May 23, 2022, the Court issued an order to show cause why this case should not be remanded. On May 25, 2022, Defendant filed a letter notifying the Court that it is withdrawing its Notice of Removal.

Accordingly, the Court remands this action to the New York State Supreme Court, County of Bronx. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    May 25, 2022
           New York, New York

                                                          */s/ Andrew L. Carter, Jr.*
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**